MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    Facsimile: (408) 535-5066
    E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00494 EJD |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR FILING OF OPPOSITION AND REPLY REGARDING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| v. | |
| BRIAN DUNNING, | Date: March 25, 2013 |
| Defendant. | Time: 3:00 p.m. |
| | Before The Hon. Edward J. Davila |

The parties, through their respective counsel, hereby agree and stipulate as follows:

1. Seeking what they called "breathing room" to try to resolve this case, the parties previously asked the Court to continue the date for them to appear on the captioned motion by one week, to Monday, March 4, 2013, at 3:00 p.m. The Court amended the proposed order and scheduled the hearing to occur instead on Monday, March 25, 2013, at 3:00 p.m.

2. In light of that additional time, and for the same reason as previously cited (those discussions are ongoing), the parties would like to push back their due dates for filing responsive papers: the parties ask that the government's date to respond to the motion, should a response be

**STIPULATION AND ORDER**

necessary, be continued to Monday, March 4, 2013, with any reply to be filed on or before Monday, March 11, 2013. That would still give the Court two weeks to review the papers before the hearing date.

Respectfully submitted,

_____/s/_____
STEPHEN R. COOK, ESQ.
Counsel for Brian Dunning
DATE: February 15, 2013

MELINDA HAAG
United States Attorney

_____/s/_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 15, 2013

## **ORDER**

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the parties' opposition and reply dates shall be as set forth in the above stipulation.

DATED: 2/20/2013

_____
THE HON. EDWARD J. DAVILA
United States District Judge

**STIPULATION AND ORDER** -2-