| | |
|---|---|
| 1 | STEPHEN R. COOK, #204446 |
| | scook@rusmiliband.com |
| 2 | RUS, MILIBAND & SMITH |
| | A Professional Corporation |
| 3 | Seventh Floor |
| | 2211 Michelson Drive |
| 4 | Irvine, California 92612 |
| | Telephone: (949) 752-7100 |
| 5 | Facsimile: (949) 252-1514 |
| 6 | Attorneys for Defendant |
| | BRIAN DUNNING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 10-00494-EJD-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| vs. | |
| BRIAN DUNNING, | DATE: April 8, 2013 |
| | TIME: 2:00 p.m. |
| Defendant. | COURT.: Hon. Edward J. Davila |
| | Courtroom 4, 5th Floor |
| | San Jose Federal Courthouse |
| | 280 South First Street |
| | San Jose, CA 95113 |
| | TRIAL DATE: April 22, 2013 |

WHEREAS, Defendant Brian Dunning filed a Motion to Suppress Evidence (the "Motion") on January 30, 2013 (Dkt. No. 40);

The United States, by and through its counsel, AUSA David R. Callaway, and Defendant Brian Dunning, by and through his counsel, Stephen R. Cook, hereby STIPULATE that

1) the Motion shall be withdrawn from the docket; and

2) the April 8, 2013 hearing date on the Motion shall be vacated; and

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
United States v. Dunning, CR 10-00494-EJD-1

3) the stipulated withdrawal of the Motion is without prejudice to Defendant's ability to file the Motion at any time in the future.

IT IS SO STIPULATED.

DATED: April 1, 2013     MELINDA HAAG
United States Attorney

By: /s/ David R. Callaway
DAVID R. CALLAWAY
Assistant United States Attorney

IT IS SO STIPULATED.

DATED: April 1, 2013     RUS, MILIBAND & SMITH
A Professional Corporation

By: /s/ Stephen R. Cook
STEPHEN R. COOK
Attorneys for Defendant
BRIAN DUNNING

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Pretrial Conference is scheduled for April 8, 2013 at 2:00 PM

DATED: April _2_, 2013

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE