MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00494 EJD |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE |
| ) | FOR PRETRIAL CONFERENCE |
| v. ) | |
| ) | Date: April 8, 20 |
| BRIAN DUNNING, ) | Time: 2:00 p.m. |
| ) | |
| Defendant. ) | Before The Hon. Edward J. Davila |
| ) | |

The parties, through their respective counsel, hereby agree and stipulate as follows:

1. The parties wish to continue the date for the pretrial conference by one week, to **Monday, April 15, 2013, at 2:00 p.m.**

2. The basis for the requested continuance is that the parties have reached an agreement in principle to resolve this case. The proposed disposition must still be approved by higher-ups in the United States Attorney's office, which will not be able to occur before this Monday. In addition, Mr. Dunning's counsel is currently in an arbitration trial that is expected to carry into next week, rendering his attendance on April 8th problematic in any event.

**STIPULATION AND ORDER**

3. The parties further agree that there is no need for a time exclusion, as time has previously been excluded through and including April 22, 2013, the date currently scheduled for trial.

\_\_\_/s/_____
STEPHEN R. COOK, ESQ.
Counsel for Brian Dunning
DATE: April 5, 2013

MELINDA HAAG
United States Attorney

\_\_\_/s/_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: April 5, 2013

## ORDER [~~proposed~~]

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the pretrial conference shall be held on **Monday, April 15, 2013, at 2:00 p.m.,** before The Honorable Edward J. Davila, United States District Judge.

DATED: 4/5/2013

_____
THE HON. EDWARD J. DAVILA
United States District Judge